# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MANUEL EFREN VIDAL-SALES,<br><br>　　　　　　　Defendant. | Case No.:   20CR3109-WQH<br><br>I N F O R M A T I O N<br><br>18 U.S.C. § 545<br>Smuggling Goods Into the United States (Felony) |

The United States Attorney charges:

### COUNT 1

On or about September 15, 2020, within the Southern District of California, defendant MANUEL EFREN VIDAL-SALES did knowingly and willfully, with the intent to defraud the United States, attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, eight 950 milliliter bottles of "Qufuran," one 1-liter bottle of "Metaldane 600," three 1-liter bottles of "Metamidofos 600," one 950 milliliter bottle of "Meta 600," two 1-liter bottles of "Lorsban," two 1-liter bottles of

//
//
//

"Biomec," and three 500 gram bags of "Acramite," in violation of Title 18, United States Code, Section 545.

DATED: October 6, 2020        ROBERT S. BREWER, JR.
United States Attorney

*Melanie K Pierson*

MELANIE K. PIERSON
Assistant U.S. Attorney

2